Legnetto v A&P Mar. Servs., LLC
2026 NY Slip Op 03602
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

MARGUERITE M. LEGNETTO, PLAINTIFF-RESPONDENT,
v
A & P MARINA SERVICES, LLC, AND GUY W. HART, JR., DEFENDANTS-APPELLANTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
538 CA 25-00357
Present: Whalen, P.J., Curran, Ogden, And Hannah, JJ.

BARCLAY DAMON LLP, SYRACUSE (KAYLA A. ARIAS OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
HANCOCK ESTABROOK, LLP, SYRACUSE (JANET D. CALLAHAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Onondaga County (Gerard J. Neri, J.), entered February 11, 2025. The order granted plaintiff's motion for summary judgment.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court